IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY | : CIVIL ACTION : : |
| vs. | : : |
| EPSILON CLASSICS, INC., ET AL. | : NO. 02-2959 |

O R D E R

**AND NOW**, this 15th day of July, 2002, **IT IS HEREBY ORDERED** that the rule 16 conference scheduled in the above action is **CONTINUED** until <u>**July 31, 2002 at 4:30 p.m. in Room 14613 United States Courthouse, 601 Market Street, Philadelphia, PA 19106**</u>.

                                                                William H. Yohn, Jr., Judge