IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY | : CIVIL ACTION : : |
| vs. | : : |
| EPSILON CLASSICS, INC., ET AL. | : NO. 02-2959 |

O R D E R

**AND NOW**, this 13th day of August, 2002, upon consideration of the motion of defendants Epsilon Classics, Inc., et al. for change of venue and with the consent of the plaintiff and defendant Seubert & Associates, Inc., **IT IS HEREBY ORDERED** that the motion is **GRANTED** and the clerk is directed to transfer this action to the U.S. District Court for the Western District of Pennsylvania.

William H. Yohn, Jr., Judge